# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | | |
|---|---|---|
| DANTE G. FREDRICK, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:15-cv-163 |
| v. | * | |
| STATE OF GEORGIA, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 6, 2016 Report and Recommendation, dkt. no. 8, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for a Preliminary Injunction, dkt. no. 4. Additionally, the Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 26 day of August, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)